IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MORRIS TYSON,<br><br>             Plaintiff,<br><br>    v.<br><br>KENCO LOGISTIC SERVICES, et. al.,<br><br>             Defendants. | Case No. 15-cv-2288-CSB-EIL |

**DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Defendant, Kenco Logistics Services, LLC by and through its attorneys, Jody Wilner Moran and Julia Pearce Argentieri of Jackson Lewis P.C., file the instant Motion for Entry of a Protective Order, and state as follows:

1.    The parties have served discovery in this matter, which will require the disclosure of various confidential information, including but not limited to information relating to employment records, and wage and salary information of parties and non-parties.

2.    Defendants have agreed to the proposed Protective Order, attached to this Motion as **Exhibit A**, which protects the confidentiality of parties and non-parties in an efficient and appropriate manner, and is consistent with the Central District Local Rules as well as the Northern District of Illinois' model protective order.

3.    Plaintiff has not agreed to entry of the proposed Protective Order.

4.    A copy of the attached Protective Order has also been sent to the Court via electronic mail.

**WHEREFORE**, Defendants Kenco Logistics Services, LLC, respectfully requests that this Court grant an order entering the attached protective order.

Dated: December 27, 2016

Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC**

By:/   /s/ Jody Wilner Moran
       One of its Attorneys

Jody Wilner Moran
Julia Pearce Argentieri
**Jackson Lewis P.C.**
150 North Michigan Ave., Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on December 27, 2016, I electronically filed a copy of the foregoing **Defendant's Motion for Entry of a Protective Order** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. A copy was also sent via U.S. mail to:

>Morris J. Tyson (*pro se*)
>547 Regent Road
>University Park, IL 60484
>Morris60901@yahoo.com

>By: /s/ *Jody Wilner Moran*
>One of the Attorneys for Defendant