# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| MORRIS TYSON,<br><br>    Plaintiff,<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC,<br>et al.,<br><br>    Defendants. | Case No. 15-2288 |

## ORDER

    This matter is before the Court on Defendant's Petition for Rule to Show Cause Against Plaintiff (#83). Plaintiff's deadline of February 8, 2017 to file a Response to Defendant's Petition has not yet expired. However, given the delays in this case, the Court finds it necessary to issue an Order on Defendant's Petition prior to the expiration of Plaintiff's response deadline. On December 23, 2016, the Court granted Defendants' Motion to Compel and entered an Order giving Plaintiff 21 days to produce written responses identifying, with specificity, which documents are responsive to each specific document production request propounded by Defendant (#75). Plaintiff was also given 21 days to produce documents responsive to Defendant's document production requests No. 32, 33, and 37 (#75). Plaintiff's deadline to comply with the Court's Order (#75) was January 13, 2017.

    Defendant's Petition for Rule to Show Cause Against Plaintiff (#83) indicates that, to date, Defendant has not received any documents or written responses from Plaintiff as required by the Court's December 23, 2016 Order. Defendant's Petition also indicates that Plaintiff has not contacted Defendant to discuss his failure to comply with the Court's Order.

Federal Rule of Civil Procedure 37 lists a number of sanctions that are available to the Court if a party fails to comply with a court order. These sanctions include the potential for dismissal of this lawsuit and monetary sanctions if Plaintiff fails to comply with the Court's December 23, 2016 Order. As Defendant notes, Plaintiff's failure to comply with the Court's Order is significant as the parties cannot move forward with Plaintiff's deposition until Plaintiff produces written responses to the Requests for Production, as well as any documents that are responsive to Requests No. 32, 33, and 37. Plaintiff's most recent delay in the discovery process is particularly troubling considering his lengthy history of delaying this litigation through improper motions and lack of communication. Accordingly, Defendant's Petition for Rule to Show Cause Against Plaintiff (#83) is GRANTED. Plaintiff is ordered to show cause no later than 5:00 p.m. on February 6, 2017 why he should not be sanctioned for failing to comply with the Court's December 23, 2016 Order (#75). To do this, Plaintiff shall file with the Court a report on his compliance with this Court's prior Order (#75) and explain his failure to comply in a timely manner.

ENTERED this 27th day of January, 2017.

                                                s/ERIC I. LONG
                                  UNITED STATES MAGISTRATE JUDGE