IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
FEB 23 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MORRIS TYSON )
)
)
)
PLAINTIFF, )
)
VS. ) CASE No. 15-cv-02288-CSB-EIL
)
KENCO LOGISTIC SERVICES, LLC, et al. )
)
DEFENDANTS. )

### ANSWERS TO DEFENDANT'S COURT ORDERED ALLEGED DISCOVERY DISPUTES

**NOW COMES** Plaintiff, MORRIS TYSON ("Plaintiff") pro se, and answers to the Court Order DEFENDANT'S ALLEGED ONGOING DISCOVERY DISPUTE and for his good cause Plaintiff states the following; THAT:

1. Plaintiff restates his January 19, 2017 answers to Defendant below:

2. To the best of my ability, I have tried to reasonably and responsibly match up the documents submitted to the requests of the Defendant. I applied what I knew about each document to what my understanding was of what was being requested. I reached out to Defendant on several occasions regarding discovery and there was not a response. In addition, Defendant never contacted me directly for any discovery discrepancies, but continued to contact the court with its concerns, despite my numerous requests to have Defendant contact me with any concerns. Plaintiff has and is always ready and willing to discuss and resolve any issues or concerns.

Plaintiff actually modeled its response style to that of Defendant; stating that the documents referenced were either in my personnel file, or in Defendant's verified and position statements, as

well as, Defendant's witness statements to the IDHR and EEOC and documents submitted by Defendant regarding myself, Mardy Ringo, Vernon Henry, Jacque Morrison to the IDHR and EEOC. In addition, documents were also referenced in the IDHR and EEOC files of Edith McCurry and Leonard Szplett; All of which Defendant should have, but were contained on the CD previously provided to Defendant.

3. #32- I have provided on at least four (4) separate occasions by fax and mail the w2's to Defendant, since October 2016 to date. The documented times by fax and the mailing receipts of each occurrence can be provided upon request.

    It has also been explained that my taxes are filed jointly with my wife and she refuses to allow our taxes to be reviewed by anyone as she is not a party to this matter.

4. #33- From April 21, 2013, Plaintiff was employed until May of 2015 at the Mars Manteno facility. Plaintiff did not keep a log of employment efforts, but became employed by Walmart in August 2016.

5. #37- The documents relevant to No. 37 have been tendered to Defendant back in July of 2016 on a CD relative to communications between the Plaintiff and persons identified in No. 37 and are contained in my personnel file.

Respectfully submitted,<br>
**MORRIS TYSON**<br>
<br>
By: *[signature]*<br>
Pro Se<br>
MORRIS TYSON<br>
547 Regent Road<br>
University Park, Il 60484<br>
815.295.4592

3

CERTIFICATE OF SERVICE

Please take notice that on February 23, 2017 I, Morris Tyson, hereby, certify that I did Comply with the Courts order to Comply TO Defendant's Motion to Compel with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 15-cv-02288-CSB-EIL and have served the persons identified on the docket's service list by the courts electronic filing system.

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601

*Morris J. Tyson*

Pro Se
MORRIS TYSON
547 Regent Road
University Park, Il 60484
815.295.4592

1