# EXHIBIT B

# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Tel 312 787-4949
Fax 312 787-4995
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 312-803-2533
MY EMAIL ADDRESS IS: JULIA.ARGENTIERI@JACKSONLEWIS.COM

March 31, 2017

**VIA E-MAIL AND FED EX**
Morris J. Tyson
547 Regent Road
University Park, IL 60484
Email: Morris60901@yahoo.com

                  Re:   *Tyson v. Kenco et. al.*
                         Case No. 15-cv-2288

Dear Mr. Tyson:

    Enclosed please find a copy of an Amended Notice of Plaintiff's Deposition. Per the enclosed notice, Defendant Kenco intends to take your deposition in the above-referenced matter.

    Thank you.

Regards,

**JACKSON LEWIS P.C.**

*/s/ Julia P. Argentieri*

Julia P. Argentieri

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MORRIS TYSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENCO LOGISTIC SERVICES, et. al.,<br><br>　　　　Defendants. | Case No. 15-cv-2288-CSB-EIL |

### AMENDED NOTICE OF PLAINTIFF'S DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, Kenco Logistic Services ("Kenco") hereby directs Plaintiff Morris Tyson to appear for a videotaped deposition before an officer authorized by law to administer oaths on May 17, 2017 at 9:30 a.m.[1] at the offices of Jackson Lewis P.C., 150 North Michigan Avenue, Suite 2500, Chicago, Illinois 60601. You are directed to produce at the commencement of your deposition: (1) all documents reviewed in preparation for the deposition and (2) all documents responsive to Defendant's First Request for Production of Documents not previously produced to Defendant.

Dated: March 31, 2017　　　　　　　　　　　KENCO LOGISTIC SERVICES, LLC

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendant.

---

[1] A court reporter from Veritext Legal Solutions will be recording Plaintiff's deposition using sound and visual recording devices. The Veritext court reporter will also make written transcripts of the proceedings available.

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 31, 2017, she caused a true and correct copy of the foregoing **Amended Notice of Plaintiff's Deposition** to be served by FedEx overnight mail and email upon:

> Morris J. Tyson (*pro se*)
> 547 Regent Road
> University Park, IL 60484
> Morris60901@yahoo.com
>
> Thomas R. Davies
> Harry Harmon
> Kimberly J. Overbaugh
> Harmon & Davies, P.C.
> 2306 Columbia Avenue
> Lancaster, PA 17603
> tdavies@h-dlaw.com
> rharmon@h-dlaw.com
> koverbaugh@h-dlaw.com

_____
Julia P. Argentieri